UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 21-CIV-22828-WILLIAMS**

ERNESTO DIAZ,

    Plaintiff,

v.

A & Y GPR SERVICE CORP.,
CONSTRUCTION SOLUTIONS PRODUCTS, INC.,
ARISLEIDY HERNANDEZ, and
ERIX L. ROBAINAS SERRANO,

    Defendants.

_____/

**NOTICE OF MEDIATION CONFERENCE**

**NOTICE IS HEREBY GIVEN** that a mediation conference in the above styled cause will take place at the date, time and place below:

**DATE:**   Friday, October 15, 2021

**TIME:**   10:00 a.m.

**PLACE:**   Neil Flaxman Professional Association via Zoom

Respectfully submitted,
**Neil Flaxman, Esq.**
Florida Supreme Court Certified Circuit & Appellate Mediator
L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
L.R. 4.02 Certified Dist. Ct. Mediation (M.D. Fla.)
Brickell City Tower, Suite 3100
80 Southwest 8th Street
Miami, Florida 33130
Tel: 305-810-2786- Fax: 305-810-2824
E-mail: flaxy@bellsouth.net

By: *s/ Neil Flaxman*
Neil Flaxman, Esq.
Fla. Bar No. 025299

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 11th day of October, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                             By:   *s/Neil Flaxman*
                                                                 Neil Flaxman, Esq.
                                                                 Fla. Bar No. 025299

## SERVICE LIST

**ERNESTO DIAZ v. A & Y GPR SERVICE CORP., et al.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCT OF FLORIDA**

**CASE NO.: 21-CIV-22828-WILLIAMS**

**Brian H. Pollock, Esq.**
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146

**Salvatore J. Sicuso, Jr., Esq.**
Salvatore J. Sicuso, P.A.
9350 S. Dixie Highway
Suite 1455
Miami, Florida 33156

                                                             By:   *s/Neil Flaxman*
                                                                Neil Flaxman, Esq.
                                                                Fla. Bar No. 025299